UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:25-cr-128-SPC-DNF

ALEX CRUZ

## PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture.  (Doc. 64).  Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a Glock Inc. 20 pistol (SN: CKF555) with an unserialized machinegun conversion device seized from the defendant on or about February 23, 2025.  *See* 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c); and Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above assets to the crime of conviction.  The Court thus finds the United States is entitled to possession of the assets.

Accordingly, it is

ORDERED:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 64) is **GRANTED**.

1.    The asset is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 924(d)(1), 28 U.S.C. §

2461(c), and Rule 32.2(b)(2).

2.      This Order will become a final order of forfeiture as to Defendant

at sentencing.

3.      Jurisdiction is retained to the extent necessary to complete the

forfeiture and disposition of the assets.

**DONE AND ORDERED** in Fort Myers, Florida on March 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2